Lamar Lovett
v
State of Texas

Court of Criminal Appeals
P.O. Box 12308    74,670-06
Austin TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 13 2015
Abel Acosta, Clerk

R.E. D-1-DC-10-904094

To the honorable court of Criminal Appeals, my name is Lamar Lovett. I cannot be held to the same standards as an Attourney. I also am am Skizoeffective Bi polar Type. I have the upmost confidence that this court will make its decision based upon the euidence presented. Like. C.C.P. 38.14 A conviction cannot be held upon the testimony of an accomplience unless corroberated by <u>other euidence</u> tending to connect the defendant with the offence commited and corroberation is not safficent if it merely shows the comision of the offence. Therefore all of jailhouse informands testimony and hard euidence presented during trial is inadmisslable due to the dissmisal of the Solicitation to commit capitol murder Cause# D-1-DC-10-301989 on Pg 24 2011. Also Failure to observe procedures adequate to protect the defendants riaht to be tried or convicted while incompentent to stand trial deprives them of their Due Process right to a fair trial. <u>[AN-2]</u>

# Prayer

now comes the Defendant Lamar Lovett. Who prays that the Court of Criminal Appeals dose not look down upon Lamar Lovett and rules legaly and grants relief to Lamar Lovett # 1687455 TDCJ TCCF. 1513403 who is still awaiting the decision of the Court of Criminal Appeals at 3614 Bill Price Rd Del valle TX 78617

Signed

Lamar Lovett

## Delaration

I Lamar Lovett T.D.C.J, # 1687455. Declare under perelty of perjury that all things said in this Document are True and exact Also <P, 37.071(a) un aduadicated offence are inadmissable

Signed

Lamar Lovett      # 1687455 TDCJ

Lamar Lovett # 1513403 TCCF

3614 Bill price Rd

Del valle Tx 78617